UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026
```

ABDUL H. ABDULLAH,

                              Plaintiff,

        -against-

OFFICER RANDY DELGADO; OFFICER M.
DUCASSE; SERGEANT SMITH;
LIEUTENANT EDWARDO CHANDRADEO;
CITY OF NEW YORK,

                              Defendants.

26-CV-02635 (MMG)

ORDER OF SERVICE

MARGARET M. GARNETT, United States District Judge:

Plaintiff, who is appearing *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 1983 and state law.  By order dated April 8, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] Dkt. No.

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Officer Randy Delgado #12464, Officer M. Ducasse #972617, 30th Precinct Sergeant Smith, Edwardo Chandradeo #941717, and the City of New York waive service of summons.

SO ORDERED.

Dated:    April 16, 2026
          New York, New York

                                                    MARGARET M. GARNETT
                                                    United States District Judge

---

[1] This matter was assigned to my docket, pursuant to Rule 4(b) of the Rules for the Division of Business Among District Judges, as related to *Abdullah v. Delgado*, No. 24-CV-0137 (MMG) (HJR) (dismissed without prejudice pursuant to Rules 37(b)(2)(A)(v) and 41(b) of the Federal Rules of Civil Procedure).