USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

Plaintiff,

-v-

OFFICER RANDY DELAGADO, ET AL.,

Defendants.

**ORDER**

26-CV-2635 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

An initial case management conference is scheduled on **October 21, 2026**, at **2:00 p.m.** by telephone. The pro se litigant and counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 408 058 778#).

Upon receipt of this order, plaintiff, who is proceeding pro se, and counsel for defendant are directed to confer with each other to be sure that all parties, or their attorneys, have received a copy of this Order. This conference is being held pursuant to Rule 16 of the Federal Rules of Civil Procedure. The parties should also be aware of the requirement to make certain disclosures to the other side as set forth in Rule 26(a)(1) of the Federal Rules of Civil Procedure.

At the case management conference, the parties must be prepared to discuss a schedule for discovery and any pretrial motions. The parties shall send by email to RicardoNYSDChambers@nysd.uscourts.gov no later than **two business days** before the initial case management conference, a "Proposed Scheduling Order," in a Word document format, using the "Template for Case Report and Proposed Case

Management Plan for Pro Se Case" available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

To the extent the parties disagree on the dates or other terms of the proposed schedule, such disagreement may be noted in the document.

The parties must also come to the conference prepared to discuss the possibility of settlement.

Any application for a change in the date of the conference must be made by letter-motion within five days of this order, unless there is good cause justifying a later application. To request an adjournment, the parties must write a letter-motion to the Court that includes (1) a statement as to all other parties' positions on the proposed change in date and (2) three proposed alternative dates for the conference for which all parties are available.

Copies of all letters to the Court must be sent to the other side.

For the parties' information, the Court's Individual Rules are available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

Finally, pro se parties are advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar

Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m. Pro se parties should also refer to the Discovery Guide (the "Guide") available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/discoveryguide.pdf, which provides a basic overview of discovery procedures and the initial conference. The Court advises pro se parties to read the Guide in advance of conferring with the other party or parties and in advance of the initial conference. The Guide is provided only for informational purposes, and it does not override or replace any orders of the Court or rules that apply to this case.

The Clerk of Court is respectfully requested to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: October 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge