USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

Plaintiff,

-v-

OFFICER RANDY DELAGADO, ET AL.,

Defendants.

**ORDER**

26-CV-2635 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letters dated October 22, 2026, ECF Nos. 20 and 21, which explain his failure to attend the initial case management conference. The parties should confer about the scheduling order that was entered as ECF No. 18, and should file a joint letter by **November 6, 2026** describing whether any party believes that a modification of the scheduling order is warranted.

The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or e-filing.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge